UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Christopher Palermo</u>

        v.                            Civil No. 08-cv-87-JD

<u>Rockingham County Department of
Corrections, Superintendent, et al.</u>


<u>O R D E R</u>


     I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated December 2, 2008, no objection having been filed.

     SO ORDERED.


                                     <u>/s/ Joseph A. DiClerico, Jr.</u>
                                     Joseph A. DiClerico, Jr.
                                     United States District Judge

Date:  December 29, 2008

cc:    Christopher Palermo, pro se
       Brian J.S. Cullen, Esq.