## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Christopher Palermo

    v.                                        Civil No. 08-cv-87-JD

Rockingham County Department
of Corrections,
Superintendent, et al

### REPORT AND RECOMMENDATION

The plaintiff having failed to identify and serve defendant LNU, I recommend that that claim be dismissed without prejudice.

Any objections to this Report and Recommendation must be filed within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See Unauthorized Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

                                                /s/ James R. Muirhead
                                                James R. Muirhead
                                                United States Magistrate Judge

Date: January 13, 2009

cc:   Christopher Palermo, pro se
       Brian J.S. Cullen, Esq.