UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christopher Palermo</u>

      v.         Civil No. 08-cv-87-JD

<u>Rockingham County Department of</u>
<u>Corrections, Superintendent, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 13, 2009, no objection having been filed.

SO ORDERED.

February 3, 2009        */s/ Joseph A. DiClerico, Jr.*
              Joseph A. DiClerico, Jr.
              United States District Judge

cc: Christopher Palermo, pro se
   Brian J. S. Cullen, Esq.